UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

SAMUEL WARNER, KIMBURLY WARNER,

    **Plaintiffs,**

    v.              Civil No.:  06-6098-TC

PAULA HENDERSON,

    **Defendants.**

## FINDINGS AND RECOMMENDATION

 Plaintiffs were ordered on September 15, 2006, to show cause in writing by September 28, 2006, why this action should not be dismissed for failure to serve summons and complaint upon the defendant. To date nothing has been filed.

 This action should be dismissed for plaintiffs' failure to prosecute and failure to comply with a court order.

 Dated: October 2, 2006.

_____
United States Magistrate Judge

FINDINGS AND RECOMMENDATION